In the Matter of FRANK A. MOTT, Appellant, against PATRICK WALSH, as Commissioner of the Fire Department of the City of New York, Respondent.— Order unanimously modified by directing a transfer of the proceeding to this court for review of the determination of the respondent, and, upon a review thereof, said determination is confirmed, with $50 costs and disbursements to the respondent. (See *Matter of Brenner* v. *Bruckman*, 253 App. Div. 607.) Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AUGUST MORALES, Appellant.— Judgment unanimously reversed and the information dismissed on the ground that the crime was not established by the evidence beyond a reasonable doubt. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

LOUIS SCHLEIER, Respondent, v. BLAKE WASHINGTON et al., Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

RAYMOND SPECTOR COMPANY, INC., Respondent, v. SERUTAN COMPANY et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ. [See *post*, p. 1014.]

In the Matter of THE MINISTER, ELDERS, AND DEACONS OF THE REFORMED PROTESTANT DUTCH CHURCH OF THE CITY OF NEW YORK, Respondent, against MUNICIPAL COURT OF CITY OF NEW YORK, BOROUGH OF MANHATTAN et al., Defendants, and 123 WILLIAM STREET CORPORATION, Appellant.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ. [185 Misc. 1003.]

SARA HANSEN, Appellant, v. WILLIAM J. WALSH, Respondent.— Order unanimously reversed, with $20 costs and disbursements, and motion denied, on the ground that there are issues of fact to be tried. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ. [See *post*, p. 1014.]

FRANK AVIGNONE, Respondent, v. SIXCORN REALTY CORP., Defendant, and THREE THIRTEEN RESTAURANT CORP., Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.; Martin, P. J., and Callahan, J., dissent and vote to reverse the judgment and dismiss the complaint on the authority of *Miller* v. *Gimbel Bros., Inc.* (262 N. Y. 107).

GEORGE MATARAZZO, Respondent, v. MERRITT-CHAPMAN & SCOTT CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

ROSE COBIN, Respondent, v. ELMO REALTY CORPORATION et al., Appellants, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

ANNA EPSTEIN et al., Respondents, v. SIDNEY FRIEDLAND, Doing Business under the Name of CAROL LEE BLOUSES, Appellant.— Order affirmed, with $20 costs and disbursements, with leave to the defendant to answer within ten days after service of order with notice of entry, on payment of said costs. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.; Dore, J., dissents and votes to reverse and grant the motion to dismiss.